IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3073 |
| | ) | |
| V. | ) | |
| | ) | |
| DOUGLAS M. WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The government's unopposed motion for extension of time to file its response to the defendant's motion to dismiss, filing 30, is granted. The government's brief shall be filed on or before July 30, 2008.

   DATED this 23rd day of July, 2008.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge