IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3073 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS M. WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Trial of this case, currently set for August 4, 2008, is continued pending resolution of defendant's pending motion to dismiss, filing 21.

DATED this 29th day of July, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge