IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3073 |
| | ) | |
| V. | ) | |
| | ) | |
| DOUGLAS M. WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The defendant's unopposed motion to continue the hearing on his motion to dismiss, filing 35, is granted. The hearing on defendant's motion to dismiss will be held before the undersigned on September 19, 2008 at 1:00 p.m.

DATED this 27th day of August, 2008.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge