```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3073 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS M. WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The hearing on defendants' motion to dismiss (filing 21) is rescheduled to October 2, 2008 at 10:00 a.m. before the undersigned magistrate judge.

Defendant shall be present for the hearing.

DATED this 16th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge