```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3073 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS M. WEST, | ) | MEMORANDUM OF CORRECTION |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been informed by counsel for the parties that the Report, Recommendation and Order filed herein is inaccurate in one respect and jointly move orally for the correction of one sentence. I agree and apologize to the parties for my mischaracterization.

IT THEREFORE HEREBY IS ORDERED,

The first sentence of the opening paragraph on the "FACTS" section of the Report, Recommendation, and Order, filing 43, is amended to read as follows:

> Gregory West, the defendant's brother, testified that in August or September, 2006, he arranged to have several weapons formerly possessed by another brother picked up from their mother's house, because the other brother was then apparently a convicted felon and prohibited from possessing firearms, and their mother did not have use for them.

DATED this 14th day of October, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge