THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS M. WEST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Magistrate Judge's Recommendation[1] (filing 43) that the defendant's motions to dismiss (filing 21) be denied. No objections to the Recommendation have been filed, as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.3.

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted for the reasons stated in the accompanying memorandum.

IT IS ORDERED:

1.  The Magistrate Judge's Recommendation (filing 43) is adopted; and

2.  The defendant's motion to dismiss (filing 21) is denied.

November 6, 2008.  BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

---

[1] My reference to the "Magistrate Judge's Recommendation" in this memorandum and order also encompasses the Memorandum of Correction (filing 45) which corrects a factual paragraph in the Recommendation.