```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3073 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS M. WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the scheduled change of plea hearing this date, defendant stated that he wished to have the matter set for trial.

IT THEREFORE HEREBY IS ORDERED:

1. This matter is placed back on the trial docket and trial is set for 9:00 a.m., January 20, 2009 for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

2. Defendant waived speedy trial in open court, and the courts finds that the ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between November 20, 2008 and January 20, 2009 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. [18 U.S.C. § 3161(h)(8)(A) & (B)](18 U.S.C. § 3161(h)(8)(A) & (B)).

DATED this 20th day of November, 2008.

BY THE COURT:

s/ David L. Piester

```
                              David L. Piester
                              United States Magistrate Judge
```