IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DOUGLAS M. WEST, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's unopposed motion to continue sentencing (filing 71) is granted.

(2)   Defendant West's evidentiary hearing and sentencing are continued to Friday, August 28, 2009, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

August 13, 2009.              BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge